B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

**District Of** New Jersey

In re Henrique M Calado, Case No. 18-30885-VFP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MidFirst Bank | Lakeview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  MidFirst Bank, Bankruptcy Department
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 4144

Court Claim # (if known): 7-1
Amount of Claim: $269,238.75
Date Claim Filed: 01/02/2019

Phone: 1-888-480-2432
Last Four Digits of Acct. #: 4571

Name and Address where transferee payments should be sent (if different from above):
  MidFirst Bank, Bankruptcy Payments
  999 NW Grand Boulevard, #110
  Oklahoma City, OK 73118-6077

Phone: 800-654-4566
Last Four Digits of Acct #: 4144

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Wendy Locke         Date: 05/25/2023
    Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.