UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Debtor
Henrique M. Calado
80 Albany Ave
Pompton Lakes, NJ 07442

Case No.: 18-30885-VFP

Chapter: 13

Judge: Vincent F. Papalia

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ — 2023 JAN 16 A 9:35 — JEANNE A. HAUGHTON, CLERK*

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Henrique M Calado, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/8/24

Henrique M. Calado
Debtor's Signature

**IMPORTANT:**

- Each debtor in a joint case must file a separate Certification in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a **completed** Certification in Support of Discharge.

*rev.8/1/18*

**Extremely Urgent**

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to schedule a pickup

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

# Window Envelope

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper. Insert shipping documents under window from the top.

---

HENRIQUE CALADO
(862) 591-0112
80 ALBANY AVE
POMPTON LAKES    NJ 07442

SHIP  DISTRICT OF NEW JERSEY
TO:   MLK JR FRDERAL BLDG
      50 WALNUT ST

      NEWARK NJ 07102-3551

      NJ 076 9-02

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 11 JAN 2024

UPS NEXT DAY AIR    1
TRACKING #: 1Z 91R 215 01 2272 6260

BILLING: P/P

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and ot... by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsa...

00% Recycled fiber
0% Post-Consumer