U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2023 JAN 16 A 9:34

JEANNE A. NAUGHTON
BY: /s/ DEPUTY CLERK

Certificate Number: 05781-NJ-DE-038050394

Bankruptcy Case Number: 18-30885

05781-NJ-DE-038050394

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2023</u>, at <u>5:41</u> o'clock <u>PM PST</u>, <u>Henrique Calado</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>December 27, 2023</u>          By:    <u>/s/Allison M Geving</u>

                                        Name:  <u>Allison M Geving</u>

                                        Title: <u>President</u>

**Extremely Urgent**

Visit UPS.com

**Apply shipping documents on this side.**

Scan QR code to schedule a pickup



**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz will be billed by weight

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

**Window Envelope**

Use this envelope with shipping documents printed from a laser or inkjet printer on plain paper. Insert shipping documents under window from the top.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw...

00% Recycled fiber
0% Post-Consumer

---

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 11 JAN 2024

HENRIQUE CALADO
(862) 591-0112
80 ALBANY AVE
POMPTON LAKES  NJ 07442

SHIP TO: DISTRICT OF NEW JERSEY
MLK JR FRDERAL BLDG
50 WALNUT ST

NEWARK NJ 07102-3551

**NJ 076 9-02**

UPS NEXT DAY AIR
TRACKING #: 1Z 91R 215 01 2272 6260

BILLING: P/P

ISH 13.00F BIXOLON S 50.5U 12/2023