**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Henrique M Calado | Social Security number or ITIN   xxx–xx–7005 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   18–30885–VFP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Henrique M Calado

1/23/24

**By the court:** Vincent F. Papalia
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-30885-VFP

Henrique M Calado                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                               Page 1 of 3
Date Rcvd: Jan 23, 2024                       Form ID: 3180W                            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henrique M Calado, 80 Albany Ave, Pompton Lakes, NJ 07442-1902 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 520070833 | + | MidFirst Bank, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Jan 24 2024 01:27:00 | BMW Financial Services NA, LLC Department, AIS Portfolio Services, LP, 4515 N.Santa Fe Avenue, Dept APS, Oklahoma, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Jan 24 2024 01:27:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City,, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jan 24 2024 01:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 517853286 | | EDI: BMW.COM | Jan 24 2024 01:27:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517824503 | | EDI: BMW.COM | Jan 24 2024 01:27:00 | Bmw Financial Services, Attn: Bankruptcy Department, Po Box 3608, Dublin, OH 43016 |
| 519876102 | + | EDI: BMW.COM | Jan 24 2024 01:27:00 | BMW Financial Services Attn: Customer Accounting, 1400 City View Drive, Columbus, OH 43215-1477 |
| 517833309 | + | EDI: AISACG.COM | Jan 24 2024 01:27:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517944329 | + | EDI: COMCASTCBLCENT | Jan 24 2024 01:27:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 517824507 | + | EDI: CAPITALONE.COM | Jan 24 2024 01:27:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517824504 | + | EDI: CAPONEAUTO.COM | Jan 24 2024 01:27:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517833308 | + | EDI: AISACG.COM | Jan 24 2024 01:27:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Dept. APS, Oklahoma City, OK 73118-7901 |
| 517841438 | + | EDI: AISACG.COM | Jan 24 2024 01:27:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517901394 |  | EDI: CAPITALONE.COM | Jan 24 2024 01:27:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519473482 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 519473481 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 20:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |
| 517824508 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2024 21:03:26 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517824509 | + | EDI: AMINFOFP.COM | Jan 24 2024 01:27:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517950413 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 23 2024 20:38:00 | LAKEVIEW LOAN SERVICING, LLC, LOANCARE, LLC, 3637 SENTARA WAY, VIRGINIA BEACH VA 23452-4262 |
| 517916855 |  | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2024 20:52:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517824505 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jan 23 2024 20:38:00 | Lakeview Loan Servicing, LLC, Attn: Bankruptcy Dept, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 517824510 | + | EDI: LENDNGCLUB | Jan 24 2024 01:27:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 519932102 | + | EDI: AISMIDFIRST | Jan 24 2024 01:27:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 519932101 | + | EDI: AISMIDFIRST | Jan 24 2024 01:27:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519710090 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 20:38:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519710091 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 23 2024 20:38:00 | RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9741, RightPath Servicing, P.O. Box 619096, Dallas, TX 75261-9096 |
| 517824511 | + | Email/Text: bankruptcy@sw-credit.com | Jan 23 2024 20:39:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517824506 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW Financial Services, Attn: Bankruptcy Dept, PO Box 3608, Dublin, OH 43016 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 3180W | Total Noticed: 31 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

**Name**                          **Email Address**

Denise E. Carlon
                on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Elizabeth L. Wassall
                on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com  njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC ewassall@logs.com,
                njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
                magecf@magtrustee.com

Marie-Ann Greenberg
                on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Phillip Andrew Raymond
                on behalf of Creditor COMMUNITY LOAN SERVICING  LLC phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Shauna M Deluca
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
                on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC smncina@raslg.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9